IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COLLEEN A. CARDINAL,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CAROLYN W. COLVIN,<br><br>　　　　　Defendant. | CIVIL ACTION<br>NO. 14-1368 |

## ORDER

**AND NOW**, this 29th day of March 2016, upon consideration of the Report and Recommendation filed by United States Magistrate Judge Carol Sandra Moore Wells (Doc. No. 15), Plaintiff's Objections to the Report and Recommendation (Doc. No. 16), Defendant's Response to Plaintiff's Objections (Doc. No. 18), and Plaintiff's Response to Defendant's Response to Plaintiff's Objections (Doc. No. 19), and in accordance with the Opinion of the Court issued this day, it is **ORDERED** as follows:

1. The Report and Recommendation (Doc. No. 15) is **APPROVED AND ADOPTED**.

2. Judgment is entered in favor of Defendant and against Plaintiff.

3. The Clerk of Court shall close this case for statistical purposes.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　　　/s/ Joel H. Slomsky
　　　　　　　　　　　　　　　　　　　　JOEL H. SLOMSKY, J.